JACOB ALTMARK, Respondent, v. THE BANK OF UNITED STATES and JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Appellants. — Order directing the Superintendent of Banks to turn over to plaintiff the proceeds of a certain check, and enjoining him from commingling the fund with other funds of the defendant bank affirmed, with ten dollars costs and disbursements, upon authority of Matter of Vavoudis (Broderick) (141 Misc. 823 [Lydon, J.];

affd., 233 App. Div. 672). Young, Scudder and Tompkins, JJ., concur; Kapper and Carswell, JJ., dissent.